EXHIBIT A

APPEARANCE RELEASE

This shall confirm the agreement (the "Agreement") between me and Royal Goode Productions LLC ("Producer") in connection with my participation in the making of a documentary motion picture (the "Picture") currently entitled "Stolen World".

1. I agree to cooperate with Producer in the making of the Picture. I hereby grant to Producer the right to: (i) record me (including, without limitation, my appearance, image and voice) by still photography, motion pictures and videotape photography, audio tape and all other means of recording technology (the results of which shall be deemed the "Recordings"); (ii) edit the Recordings (in Producer's sole discretion); and (iii) use the Recordings along with my name, photographs, likenesses, voice and biographical material in and in connection with the Picture and all ancillary and subsidiary uses thereof and all advertising and publicity therefore and to exploit the Picture in any and all manner and media now known or hereafter devised, throughout the world, in perpetuity.

2. I hereby represent and warrant that I have the right to grant the rights granted hereunder. I expressly release Producer, its agents, employees, licensees and assigns from and against any and all claims which I have or may have for invasion of privacy, defamation or any other cause of action arising out of the production, distribution, broadcast or exploitation of the Picture or the Recordings. I acknowledge and agree that in no event shall I seek or be entitled to obtain injunctive or other equitable relief against Producer, the Picture or the Recordings.

3. This Agreement shall not be subject to the jurisdiction of any union or guild and no additional payments, royalties or consents or any party are required in connection with Producer's use of any of the rights granted herein.

4. Producer shall have the right to assign its rights hereunder to any person, corporation or entity. This Agreement shall be construed in accordance with the laws of and shall be deemed to have been executed and fully performed in the State of New York. This Agreement may not be terminated or revoked under any circumstances. This Agreement shall constitute a binding contract between the parties hereto and shall supersede any and all prior negotiations and communications, whether written or oral, with respect thereof. This Agreement may not be amended or modified except by an instrument in writing signed by the parties hereto.

Please sign below, thereby making this a binding agreement between the parties.

AGREED AND ACCEPTED:

By: [signature]

Print Name: Howard Baskin

Date: 4-30-16

Address: 7106 Riverwood Blvd
Tampa FL 33615

Phone: 813-505-5565

Email: Howard.Baskin@BigCatRescue.org

ROYAL GOODES LLC

By: [signature]
Authorized Representative