EXHIBIT B

**APPEARANCE RELEASE**

1.        For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I hereby grant RGP LLC and its parents, subsidiaries, affiliates, licensees, successors, designees and assigns (collectively "**Producer**"), the absolute and irrevocable right and permission (but not the obligation) to photograph, film, videotape, record, reproduce, portray and/or otherwise exploit my name, image, likeness, voice, conversation, sounds, photograph, life story, biographical material, portrayal and/or characteristics (collectively, "**Likeness**") in and in connection with the audiovisual documentary series currently entitled *"TIGER KING"* (the "**Program**"), and to use the results and proceeds thereof including, without limitation, all video and audio recordings, photographs and/or film (collectively "**Recordings**") incorporating my Likeness or any portion thereof and any and all statements or actions made by me, whether written, spoken or otherwise uttered or expressed by me, information given by me and/or materials provided by me, captured on any such Recordings (such results and proceeds referred to collectively herein as the "**Material**") as follows:

     (a) To use, incorporate, broadcast, telecast, exhibit, distribute, re-use, publish, re-publish, alter and/or edit (in Producer's sole discretion) the Material and/or my Likeness in whole or in part, alone or in conjunction with other material in connection with the Program and/or any other motion picture and/or any other project, in any and all media and by any and all technologies, in any and all forms and versions, now known and hereafter devised, throughout the universe and in perpetuity and in any ancillary exploitation thereof, including, without limitation, publications, soundtracks and merchandising, and in connection with publicity, marketing, promotion and advertising of and for the Program and any telecaster or other exhibitor of the Program or any element thereof in any and all media now known or hereafter devised. I shall have no rights of review or approval regarding the Program or the exercise of the granted rights and Producer shall have the right to edit or delete the Material and/or my Likeness, juxtapose any part of the Material with any other materials, change the sequence of events, and make any other changes in the Materials as Producer chooses in Producer's sole discretion. I hereby waive any moral rights or "*droits moral*" I may have in the Material and/or my Likeness; and

     (b) To copyright the Material in Producer's own name or in any other name (the Material shall be considered a "**work made for hire**"). I understand that all rights in and to the Material, including the negatives, outtakes, sounds and the images contained therein, shall be Producer's sole and absolute property. I also understand and agree that my appearance in the Program is not, and will not be deemed, employment or an engagement to perform any services and there will be no payment due in connection with the use of the Material. Notwithstanding the foregoing, in the event and to the extent the Material or any portion thereof is not deemed a "work made for hire", such will not affect the rights herein granted to Producer, and I hereby assign all of my rights in and to the Material and any portion thereof to Producer, without reservation.

 2.        If requested by Producer, I shall make myself available and shall furnish to Producer all information, data, documents, clippings, photographs, records and other material in my possession or under my control that may be relevant to my appearance in the Program. I acknowledge and agree that my participation and appearance hereunder is not subject to the terms of any collective bargaining agreement. I shall not make any commercial use of the fact that I appeared in the Program or that Producer used my Likeness in the Program.

3.        I acknowledge and agree that I shall not participate, nor shall I grant any rights to my Likeness, in connection with any other documentary projects, in any and all media, which are based on the substantive and creative concepts and/or storylines of the Program (including, without limitation, Joe Exotic) or based on the themes of big cats and/or exotic animals for a period of time commencing as of the date hereof and continuing until 24 months after the initial commercial premiere of the final episode of the Program.

4.        I represent and warrant that I have the right to grant Producer all of the rights set forth herein without obtaining the permission of, or making any payments to, any third party or entity. I confirm that any statements made by me in the Material will be true and will not violate or infringe upon any third party's rights. I understand that Producer does not make any representations or warranties about the nature, storylines or themes of the Program nor the manner in which the Material and/or my Likeness will be used in the Program or marketing thereof. I hereby release Producer and its successors, licensees, assigns and each of their officers, directors, shareholders, employees and representatives ("**Released Parties**") from, and covenant not to sue Released Parties for, any claim or cause of action, whether known or unknown, based upon or relating to the use of the Material or the exercise of any of the rights referred to herein or arising in connection with the Program, including, without limitation, any and all claims for invasion of privacy, infringement of the right of publicity, defamation (including libel and slander), false light, damage to my goodwill, infliction of emotional distress, embarrassment, humiliation  and any other personal and/or property rights. If requested by Producer, I shall use commercially reasonable best efforts to assist Producer in obtaining signed releases from my

-1-

family members, friends and other such real persons associated with and/or depicted in the Material. I shall indemnify, defend and hold harmless Released Parties, from and against any and all claims, proceedings, liabilities, losses, damages, costs, and other expenses (including without limitation attorneys' fees) arising from or relating to any breach or alleged breach by me of any of my representations, warranties, covenants, obligations or agreements hereunder.

5.     **COVID-19**

5.1     Assumption of Risk. I understand that the novel coronavirus, COVID-19, is an extremely contagious and dangerous virus that has currently been declared a worldwide pandemic by the World Health Organization. I also understand that the United States Center for Disease Control and Prevention has issued information and guidance on COVID-19 accessible via the Internet, including, without limitation, how individuals can protect themselves from contracting the virus and what actions individuals can take if they believe they have contracted the virus. I understand and acknowledge that my participation hereunder may involve activities that may expose me and other third parties to increased risk of exposure to and contraction of COVID-19, and that such exposure or contraction may carry result in increased risk of death, disability, disfigurement, serious physical injury, extreme emotional distress, severe physical, mental and emotional stress, mental and physical illness, and/or loss of property or income. I understand the risks of my participation hereunder and participating in such activities, and I acknowledge that while conduct that gives rise to such situations might otherwise constitute an actionable tort or give rise to other claims or causes of action, I have freely consented to such conduct and have assumed the risks thereof. I further understand that Producer does not make any representations or warranties about (i) the risks of exposure to or contraction of COVID-19 while I am participating hereunder and participating in such activities, nor (ii) any preventative measures taken by Producer or third-parties to reduce the risks of exposure to or contraction of COVID-19 while I am participating hereunder and participating in such activities.

5.2     Representations and Warranties. I represent and warrant that: (i) I have reviewed the information and guidance made available by the United States Center for Disease Control and Prevention in connection with COVID-19; (ii) I shall take all necessary precautions to avoid risk of exposure to and contraction of COVID-19 in the course of my participation hereunder; and (iii) I shall, to the best of my ability, take all necessary precautions to avoid exposing others to risk of contracting COVID-19.

5.3     Release. I hereby release Released Parties from, and covenant not to sue Released Parties for, any and all claims or causes of action, whether known or unknown, based upon or relating in any way to COVID-19, including, without limitation, any and all claims for negligence, tort, civil or criminal liability, infliction of emotional distress and any other personal and/or property rights.

5.4     Indemnification. I shall indemnify, defend and hold harmless Producer and its respective parents, subsidiaries, affiliates, licensees and assigns, and the shareholders, officers, directors, employees, representatives and agents of each of the foregoing entities, from and against any and all claims, proceedings, liabilities, losses, damages, costs and other expenses (including reasonable outside attorneys' fees) arising from or relating to COVID-19 including, but not limited to, those related to exposure to, or contraction by, others of COVID-19 arising from or related to my participation hereunder.

6.     I shall at all times keep confidential (and ensure that all persons acting on my behalf keep confidential), and shall not use in any manner that is detrimental to Producer's interests, the following: any non-public information relating to the Program (e.g., plots, stories, premises, concepts, storylines, themes, characters, dialogue, spoken and/or written material provided by interviewees, etc.) and all other non-public information relating to the business of Producer (e.g., show budgets, salaries, development plans, marketing plans, intellectual property, financial information, etc.). Neither I nor my representatives shall issue any press releases or public statements about this Appearance Release, the Program and/or Producer without Producer's prior written permission. My confidentiality obligations hereunder shall apply to any and all media whatsoever, including, without limitation, any social networking site; micro-blogging service; user-generated or user-uploaded content website; online forum, discussion thread or comment section; personal website or blog; user modified website; or any other website, service, platform, program, application or other form or technology or method of communication, whether now known or hereafter devised.

7.     This Appearance Release, and the rights and obligations of the parties hereto, shall be governed by and construed and enforced in accordance with the laws of the State of New York applicable to agreements executed and to be wholly performed within that state without regard to conflict of law principles. Any controversies or claims arising out of or relating to this Appearance Release shall be resolved by confidential arbitration conducted in the County of New York and administered by JAMS in accordance with its Comprehensive Rules and Procedures, provided that the neutral arbitrator and the member of any appeal panel shall be former or retired judges or justices of any New York state or federal court with at least ten (10) years of experience in matters involving the entertainment industry.

-2-

June 15 & 16, 2020

8.        I know Producer will incur significant costs and expenses in reliance upon this Appearance Release so I shall have no right to attempt to cancel it or to revoke any of the rights granted to Producer herein. I acknowledge that my remedies shall be limited to an action for money damages, and in no event shall I be entitled to restrain, enjoin or otherwise impair the development, production, exhibition, distribution, promotion, advertising or other exploitation of the Program or any element thereof. I further acknowledge that any breach by me of this Appearance Release will cause the Producer irreparable harm, and therefore, that Producer will be entitled to injunctive or equitable relief (without the need to post bond or surety or show harm) in addition to all other remedies available at law or in equity, in any court of competent jurisdiction.

9.        This Appearance Release constitutes our entire understanding and agreement with respect to the subject matter hereof and cannot be amended except by a written instrument signed by the parties hereto.  Producer may freely assign its rights and obligations hereunder as it deems appropriate.  This Appearance Release will inure to the benefit of and will be binding upon our respective affiliates, successors, licensees, assigns, heirs and representatives. The illegality, invalidity or unenforceability of any specific provision shall in no way affect the remainder of this Appearance Release. I warrant that I am at least eighteen (18) years of age and am the age of majority in the state in which I reside and that I have the full, complete and unrestricted right and authority to enter into this Appearance Release.

SIGNED: _Mina M Johnson_ DATED: _June 15 and 16, 2020_

_Mina M. Johnson_
Print your name          Print your date of birth*          Print all of your telephone numbers

_17 East Lake Mary Dr; Orlando, Florida 32839_
Print your address

_Mina.M.Johnson@gmail.com_
Print all of your email addresses

• For verification purposes only pursuant to 18 U.S.C. §§ 2256 et seq.