IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLE BASKIN, an individual,**

and

**HOWARD BASKIN, an individual,**

       Plaintiffs,

vs.                              CASE NO. 8:21-cv-02558-VMC-TGW

**ROYAL GOODE PRODUCTIONS LLC., a New York limited liability company, and NETFLIX, INC., a Delaware corporation,**

       Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiffs CAROLE BASKIN, an individual, and HOWARD BASKIN, an individual ("Plaintiffs"), by and through undersigned counsel and, pursuant to Local Rule 1.07(c), certify that the instant action:

___ IS         related to pending or closed civil or criminal case(s)

               previously filed in the Court, or any other Federal or

               State court, or administrative agency as indicated below:

               _____

               _____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

/s/ Frank R. Jakes
Frank R. Jakes
*LEAD COUNSEL*
Florida Bar No. 372226
E-Mail: FrankJ@jpfirm.com
Joseph J. Weissman
Florida Bar No. 0041424
E-Mail: JosephW@jpfirm.com
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
P.O. Box 1100
Tampa, FL 33601-1100
TEL: (813) 225-2500
FAX: (813) 223-7118
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frank R. Jakes
FRANK R. JAKES
*Attorney for Plaintiffs*

7473976