IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROLE BASKIN, an individual,

and

HOWARD BASKIN, an individual,

    Plaintiffs,

vs.                                CASE NO. 8:21-cv-02558-VMC-TGW

ROYAL GOODE PRODUCTIONS
LLC., a New York limited liability
company, and NETFLIX, INC., a
Delaware corporation,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

    Plaintiffs CAROLE BASKIN and HOWARD BASKIN, by and through their undersigned counsel, give notice of their voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                      Respectfully submitted,

                                       /s/ *Frank R. Jakes*
                                       Frank R. Jakes
                                       *LEAD COUNSEL*
                                       Florida Bar No. 372226
                                       E-Mail: FrankJ@jpfirm.com
                                       Joseph J. Weissman
                                       Florida Bar No. 0041424

>E-Mail: JosephW@jpfirm.com
>JOHNSON, POPE, BOKOR,
>RUPPEL & BURNS, LLP
>P.O. Box 1100
>Tampa, FL 33601-1100
>TEL: (813) 225-2500
>FAX: (813) 223-7118
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Frank R. Jakes*
>FRANK R. JAKES
>*Attorney for Plaintiffs*

7526992

2